1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>        Plaintiff,<br><br>   vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-01101-SAB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pursuant to the stipulation of the parties, Defendant's opposition to Plaintiff's opening brief shall be due on or before March 27, 2012. Plaintiff's reply shall be due fifteen days from the date of service of Defendant's opposition.

IT IS SO ORDERED.

Dated:  **March 8, 2013**

UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend; 1:12-CV-01101-SAB              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28