# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:12-cv-01101-SAB<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE Stanley A. Boone, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Jeffrey Martinez be awarded attorney fees and expenses in the amount of four thousand five hundred dollars ($4,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of sixty dollars ($60.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Jeffrey Martinez, the government will

1 consider the matter of Jeffrey Martinez's assignment of EAJA fees to Young Cho.  Pursuant to
2 *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on
3 whether the fees are subject to any offset allowed under the United States Department of the
4 Treasury's Offset Program.  After the order for EAJA fees is entered, the government will
5 determine whether they are subject to any offset.

6      Fees shall be made payable to Jeffrey Martinez, but if the Department of the Treasury
7 determines that Jeffrey Martinez does not owe a federal debt, then the government shall cause the
8 payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing,
9 pursuant to the assignment executed by Jeffrey Martinez.  Any payments made shall be delivered
10 to Young Cho.

11      This stipulation constitutes a compromise settlement of Jeffrey Martinez's request for
12 EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant
13 under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release
14 from, and bar to, any and all claims that Jeffrey Martinez and/or Young Cho including Law
15 Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this
16 action.

17      This award is without prejudice to the rights of Young Cho and/or the Law Offices of
18 Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject
19 to the savings clause provisions of the EAJA.

20

21 DATE: October 28, 2013    Respectfully submitted,

22     LAW OFFICES OF Lawrence D. Rohlfing

23     /s/ Young Cho
    BY:_____
24     Young Cho
    Attorney for plaintiff Jeffrey Martinez
25 ///
26 ///
27 ///
28

1 | DATE: October 28, 2013        BENJAMIN B. WAGNER
United States Attorney

/s/ Elizabeth Firer

Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated: **October 29, 2013**

UNITED STATES MAGISTRATE JUDGE